IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN C. DeARMITT,                                Case No. 2:13-cv-0607-CL

      Petitioner,                                            ORDER

  v.

MARK NOOTH,

      Respondent.
_____

Aiken, Chief Judge:

    Magistrate Judge Clark issued Findings and Recommendation in the above-captioned case, recommending that the petition for writ of habeas corpus be denied and this case dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1    - ORDER

Plaintiff filed objections to the Findings and Recommendation. Upon <u>de novo</u> review, I find no error with Magistrate Judge Clarke's thorough analysis.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 46) is ADOPTED in its entirety. The petition for writ of habeas corpus (doc. 2) is DENIED. This action is dismissed.

IT IS SO ORDERED.

Dated this 14 day of August, 2015.

_____
Ann Aiken
United States District Judge